In the Matter of the Claim of VINCENZO ORLANDO against HYMAN ROSEN et al., Appellants, and ZACH FISHKIN et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Argued March 4, 1937; decided April 27, 1937.

*William S. Sinclair* and *James J. Mahoney* for appellants.

*William Warren Dimmick* for Zach Fishkin et al., respondents.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order of Appellate Division and award of State Industrial Board reversed, with costs, and matter remitted to State Industrial Board to proceed in accordance with opinion in *Matter of Garelick* v. *Rosen* (274 N. Y. 64). No opinion.

Concur: HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and O'BRIEN, JJ.